**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

In re: Cook Medical, Inc. Pelvic Repair
System Products Liability Litigation          )
                                              )     MDL No. 2440
                                              )

THIS DOCUMENT RELATES TO ALL CASES LISTED
ON EXHIBIT A

**PRETRIAL ORDER # 62**
**(First Amended Docket Control Order for Remaining Cook MDL Cases and Order
Granting Plaintiffs' Unopposed Motion for Extension)**

Pending is Plaintiffs' Unopposed Motion for Extension of Deadlines in Pretrial Order #
59, filed May 28, 2015.  [Docket 355].  In the Motion, plaintiffs seek a ninety-day extension of
all deadlines in PTO # 59 in order to comply with the paragraph A.1.  They indicate that
defendants' counsel does not oppose the extension.   It is **ORDERED** that plaintiffs' unopposed
Motion is **GRANTED.**

Accordingly, it is **ORDERED** as follows:

**A.   CONFIRMATION OF APPROPRIATENESS FOR INCLUSION IN THE COOK
WAVE.**

1.   The court has attached as Exhibit A, an *updated*[1] list of those cases subject to the
instant PTO (hereinafter the "Cook Wave 1").  On or before **August 31, 2015,** the parties are
directed to notify the court by filing a "Notice Complying with PTO # 59," which identifies by
name and case number, any cases on Exhibit A (1) that include defendants in addition to the
Cook defendants; or (2) that are otherwise not appropriate for inclusion in the Cook Wave 1
because, for example, the case has been or will be dismissed.  In addition, the parties should

---

[1] Since the filing of PTO # 59, two cases listed on Exhibit A have been dismissed, and I have removed those cases
from Exhibit A.

identify any cases in the Cook MDL that are not on Exhibit A, but name only the Cook defendants.

2.  On or before **September 8, 2015,** the court will enter a PTO confirming the cases to be included in the Cook Wave 1.

**B.  SCHEDULING DEADLINES**.

The following deadlines apply in the Cook Wave 1 cases:

| | |
|---|---|
| Deadline for written discovery requests. | 01/04/2016 |
| Expert disclosure by party with burden of proof. | 12/21/2015 |
| Expert disclosure by opposing party. | 01/18/2016 |
| Expert disclosure for rebuttal purposes. | 02/02/2016 |
| Deposition deadline and close of discovery. | 02/16/2016 |
| Filing of dispositive and *Daubert* motions. | 03/07/2016 |
| Responses to dispositive and *Daubert* motions. | 03/22/2016 |
| Reply to response to dispositive and *Daubert* motions. | 03/28/2016 |

The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed. Pursuant to Local Rule 26.1(c), the court adopts and approves the agreements of the parties with respect to limitations on discovery (numbers of interrogatories, requests for admissions, and depositions).

**C.    MOTION PRACTICE.**

1.    If discovery (e.g., the deposition of plaintiff and her implanting physician) reveals facts that could support a motion that would be dispositive of the *entirety* of a plaintiff's claims (e.g., causation, the statute of limitations), either party may seek the court's leave to file an early

dispositive motion on that issue.  If such leave is granted, the court shall set a briefing schedule at that time.

2.     Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

3.     The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.  The parties shall provide courtesy copies to the court in accordance with Local Civil Rule 7.1(a)(5), and requests that such courtesy copies include the header added upon filing.

4.     In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal.  *Moving forward, the court will no longer permit this practice.  Parties may no longer file placeholder exhibits.*  The court expects leadership counsel for plaintiffs and the Cook defendants to resolve issues related to confidential designations well before the filing of motions.   Filings containing placeholder exhibits will be struck.  In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows:  A consolidated motion to seal is due on or before **January 18, 2016**, any response is due **February 3, 2016**, and any reply is due **February 10, 2016**.

5.     The parties are reminded that they must file dispositive and *Daubert* motions, responses and replies in the applicable member cases only, not in the Cook MDL.

## D.     CASES READY FOR TRANSFER, REMAND OR TRIAL

1.     By no later than **February 1, 2016**, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit venue recommendations to the court, either jointly or separately, by **February 15, 2016**.     The parties' recommendation(s) shall identify the cases about which the recommended venue is and is not in dispute.  The court may then request briefing concerning the venue for those cases about which the parties disagree.   Each party reserves the right to object to the venue selected by its adversary or the court.

2.     At the conclusion of pre-trial proceedings, the court, pursuant to PTO # 13 and 28 U.S.C. § 1404(a), will transfer each directly-filed case to a federal district court of proper venue as defined in 28 U.S.C. § 1391.  In the alternative, pursuant to PTO # 13 and 28 U.S.C. § 1407, cases that were transferred to this court by the MDL panel shall be remanded for further proceedings to the federal district court from which each such case was initially transferred.[2]

3.     If a case is to be tried in the United States District Court for the Southern District of West Virginia (either by agreement of the parties or where venue in the Southern District is determined to be proper by the court), the case shall be deemed trial-ready when discovery is completed and the court rules on the parties' pretrial motions.   The trial date for cases transferred or remanded to other federal district courts shall be set by the judge to whom the transferred or remanded case is assigned (including the undersigned through intercircuit assignment).

The court **DIRECTS** the Clerk to file a copy of this order in 2:13-md-2440 and in the cases listed on Exhibit A.  In cases subsequently filed in this district after 2:15-cv-06881, a copy

---

[2]As expressly contemplated by PTO # 13, the Cook  defendants do not waive their right to seek transfer—pursuant to 28 U.S.C. § 1406(a) or any other available ground—of any case to a court of proper venue, regardless of whether that case was transferred to or directly-filed in the Southern District of West Virginia.

of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  May 29, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| Civil Act No. | Case Name |
|---|---|
| 2:12-cv-07016 | Patricia A. Morgan v. Cook Incorporated, et al. |
| 2:13-cv-14223 | Patricia Heiser v. Cook Incorporated, et al. |
| 2:13-cv-14357 | Debbie Elliot-Mercer v. Cook Incorporated, et al. |
| 2:13-cv-14723 | Shelia S. Mansfield v. Cook Incorporated, et al. |
| 2:13-cv-15552 | Kathy L. Bartlett and Greg Bartlett v. Cook Incorporated, et al. |
| 2:13-cv-15587 | Karen Dyson v. Cook Incorporated, et al. |
| 2:13-cv-15588 | Shirley Barrett v. Cook Incorporated, et al. |
| 2:13-cv-15660 | Julie Fricke and Gaylon Fricke v. Cook Incorporated, et al. |
| 2:13-cv-16912 | Ammie L. Simmons and John Simmons v. Cook Incorporated et al. |
| 2:13-cv-17053 | Lisa Webb v. Cook Incorporated, et al. |
| 2:13-cv-17071 | Marion Watkins v. Cook Incorporated, et al. |
| 2:13-cv-17165 | Lana Courtney v. Cook Incorporated, et al. |
| 2:13-cv-17354 | Billie Hughes v. Cook Incorporated, et al. |
| 2:13-cv-17398 | Cheareka Paige v. Cook Incorporated, et al. |
| 2:13-cv-17400 | Peggy Barnett v. Cook Incorporated, et al. |
| 2:13-cv-17402 | Sheena Lundy v. Cook Incorpated, et al. |
| 2:13-cv-17403 | Virginia Stevens v. Cook Incorporated, et al. |
| 2:13-cv-17406 | Charlotte Thrash-Benson v. Cook Incorporated, et al. |
| 2:13-cv-17407 | Christine L. Roy v. Cook Incorporated, et al. |
| 2:13-cv-17890 | Nancy J. Strauss v. Cook Incorporated, et al. |
| 2:13-cv-18566 | Rosemary Neal, Patrick Neal v. Cook Incorporated, et al. |
| 2:13-cv-18647 | Elaine C. Crockett, Todd C. Crockett v. Cook Incorporated, et al. |
| 2:13-cv-19003 | Karen Rose, Gary Rose v. Cook Incorporated, et al. |
| 2:13-cv-19009 | Glennanda N. Vessels v. Cook, Inc., et al. |
| 2:13-cv-19013 | Florene Manship, Kenneth Manship v. Cook Incorporated, et al. |
| 2:13-cv-19162 | Victoria Craft, Carl Craft v. Cook Medical, Inc., et al. |
| 2:13-cv-19263 | Earnestine Fox v. Cook Incorporated, et al |
| 2:13-cv-19553 | Janice Perkins v. Cook Incorporated, et al. |
| 2:13-cv-19563 | Patricia A. Pinette  v. Cook Incorporated, et al. |
| 2:13-cv-19601 | Zena A. Kimbrell, Bruce A. Kimbrell v. Cook Incorporated, et al. |
| 2:13-cv-19776 | Dorothy Sanders v. Cook Incorporated, et al. |
| 2:13-cv-19794 | Jeanette Case, Richard Case v. Cook Incorporated, et al. |
| 2:13-cv-19948 | Judy A. Enlow, Tracy H. Enlow v. Cook Incorporated, et al. |
| 2:13-cv-20027 | Wanetta Teachout v. Cook Incorporated, et al. |
| 2:13-cv-20106 | Diane Palumbo, Dominic Palumbo v. Cook Incorporated, et al |
| 2:13-cv-20197 | Beverly Baker, Tim Baker v. Cook Incorporated, et al. |
| 2:13-cv-20199 | Melinda Friend v. Cook Incorporated, et al. |
| 2:13-cv-20205 | Trinity Johnson v. Cook Incorporated, et al. |
| 2:13-cv-20346 | Barbara Elaine Blythe v. Cook Incorporated, et al. |
| 2:13-cv-20352 | Patricia Ruth Gamble v. Cook Incorporated, et al |
| 2:13-cv-20353 | Judy Maxine Gower v. Cook Incorporated, et al. |
| 2:13-cv-20354 | Pamela G. Hampton v. Cook Incorporated, et al. |
| 2:13-cv-20355 | Alaine Robin Harris  v. Cook Incorporated, et al. |

**Exhibit A**

| Civil Act No. | Case Name |
|---|---|
| 2:13-cv-20356 | Charlene H. Highbaugh  v. Cook Incorporated, et al. |
| 2:13-cv-20358 | Inez Lassiter  v. Cook Incorporated, et al. |
| 2:13-cv-20360 | Kimberly C. Martin  v. Cook Incorporated, et al. |
| 2:13-cv-20361 | Tomasa Oropeza  v. Cook Incorporated, et al. |
| 2:13-cv-20362 | Gloria Elena Razo  v. Cook Incorporated, et al. |
| 2:13-cv-20363 | Wanda Jean Rhodes  v. Cook Incorporated, et al. |
| 2:13-cv-20364 | Nancy Ann Roberts  v. Cook Incorporated, et al. |
| 2:13-cv-20365 | Juana Maria Rogers  v. Cook Incorporated, et al. |
| 2:13-cv-20366 | Deborah A. Rohrer  v. Cook Incorporated, et al. |
| 2:13-cv-20368 | Joyce M. Smead  v. Cook Incorporated, et al. |
| 2:13-cv-20369 | Beatrice Elizabeth Vest  v. Cook Incorporated, et al. |
| 2:13-cv-20371 | Darlene Wright  v. Cook Incorporated, et al. |
| 2:13-cv-20609 | Frances Hogan, Robert Hogan  v. Cook Incorporated, et al. |
| 2:13-cv-20610 | Martha Robinson  v. Cook Incorporated, et al. |
| 2:13-cv-20818 | Juana Rivera, Gomez Rivera  v. Cook Incorporated, et al. |
| 2:13-cv-20977 | Karen R. Stoner  v. Cook Incorporated, et al. |
| 2:13-cv-21286 | Anne Latavit  v. Cook Incorporated, et al. |
| 2:13-cv-21287 | Delia Perez  v. Cook Incorporated, et al. |
| 2:13-cv-21288 | Noreen Jones, Harold Jones  v. Cook Incorporated, et al. |
| 2:13-cv-21289 | Martha Benson  v. Cook Incorporated, et al. |
| 2:13-cv-21339 | Deborah A. Fortschneider, Stephen L. Fortschneider  v. Cook Incorporated, et al. |
| 2:13-cv-21678 | Ellen R. Flax  v. Cook Incorporated, et al. |
| 2:13-cv-22443 | Shirley Raye Howell  v. Cook Incorporated, et al. |
| 2:13-cv-22720 | Patricia M. Wilburn  v. Cook Incorporated, et al. |
| 2:13-cv-24110 | Susan M. Tallant, Perry D. Tallant  v. Cook Incorporated, et al. |
| 2:13-cv-26268 | Bruce McIntyre on behalf of Winogene McIntyre, deceased, and Bruce McIntyre, individually   v. Cook Incorporated, et al. |
| 2:13-cv-26420 | Nancy Kinsey, John Kinsey  v. Cook Biotech, Inc., et al |
| 2:13-cv-26453 | Connie Clementz, Roger Clementz  v. Cook Incorporated, et al. |
| 2:13-cv-28243 | Norma Leben, Clay Leben  v. Cook Incorporated, et al. |
| 2:13-cv-28635 | Dorothy Butler, Oscar Butler v. Cook Biotech, Inc., et al. |
| 2:13-cv-30022 | Mary Engel  v. Cook Incorporated, et al. |
| 2:13-cv-30126 | Julie Ann Henson v. Cook Incorporated, et al. |
| 2:13-cv-30140 | Betty Baskett  v. Cook Incorporated, et al. |
| 2:13-cv-30345 | Judy Diann Odom  v. Cook Incorporated, et al. |
| 2:13-cv-30953 | Valerie M. McLucas, George E. McLucas  v. Cook Incorporated, et al. |
| 2:13-cv-31208 | Delana R. Thompson  v. Cook Incorporated, et al. |
| 2:13-cv-31736 | Angela M. Stewart, James Stewart  v. Cook Incorporated, et al. |
| 2:13-cv-31744 | Cheryl Tidwell  v. Cook Incorporated, et al. |
| 2:13-cv-31943 | Terrilynn Hardison, Lucian Hardison  v. Cook Incorporated, et al. |
| 2:13-cv-32701 | Marian Niccum  v. Cook Incorporated, et al. |
| 2:13-cv-33179 | Beatriz Cox  v. Cook Incorporated, et al. |

**Exhibit A**

| Civil Act No. | Case Name |
|---|---|
| 2:13-cv-33733 | Martha Sue Johnson  v. Cook Incorporated, et al. |
| 2:14-cv-00692 | Leota C. Rainwater, DeWayne K. Rainwater  v. Cook Incorporated, et al. |
| 2:14-cv-00731 | Vickie L. Cingolani, John Cingolani  v. Cook Incorporated, et al. |
| 2:14-cv-01428 | Karin Davis, Forrest Davis  v. Cook Incorporated, et al. |
| 2:14-cv-01714 | Heather Chandler  v. Cook Incorporated, et al. |
| 2:14-cv-01729 | Mary Rascoe  v. Cook Incorporated, et al. |
| 2:14-cv-02676 | Vicky L. Conrad, David L. Conrad  v. Cook Incorporated, et al. |
| 2:14-cv-02678 | Cynthia Duncan, Michael David Duncan  v. Cook Incorporated, et al. |
| 2:14-cv-03020 | Geraldine J. Leverett, Wiley L. Leverett  v. Cook Incorporated, et al. |
| 2:14-cv-03849 | Mary Gallagher  v. Cook Incorporated, et al. |
| 2:14-cv-04164 | Teresa Ann Taylor  v. Cook Incorporated, et al. |
| 2:14-cv-04796 | Nancy Sullivan  v. Cook Incorporated, et al. |
| 2:14-cv-04798 | Sandra Lavoie  v. Cook Incorporated, et al. |
| 2:14-cv-06003 | Mary E. Brinkley, Gary Brinkley  v. Cook Incorporated, et al. |
| 2:14-cv-06203 | Brandi M. Hicks  v. Cook Incorporated, et al. |
| 2:14-cv-07592 | Robin L. Gwaltney  v. Cook Incorporated, et al. |
| 2:14-cv-07723 | Christina Baca  v. Cook Incorporated, et al. |
| 2:14-cv-07724 | Masoumeh Massira, Frank Kalantari  v. Cook Incorporated, et al. |
| 2:14-cv-09500 | Carla Stewart, Tommie L. Stewart  v. Cook Incorporated, et al. |
| 2:14-cv-09685 | Julie Mattus, Jeffrey Mattus  v. Cook Incorporated, et al. |
| 2:14-cv-09823 | Patsy Adams  v. Cook Incorporated, et al. |
| 2:14-cv-10380 | Wilma Noe  v. Cook Incorporated, et al. |
| 2:14-cv-10464 | Mary Ann Harrison, Kenneth Harrison  v. Cook Incorporated, et al. |
| 2:14-cv-10465 | Bessie W. Barnett  v. Cook Medical, Inc. |
| 2:14-cv-10567 | Kathy Christian, J. C. Christian Jr.  v. Cook Incorporated, et al. |
| 2:14-cv-10568 | Irene Guzman, Godofredo Guzman  v. Cook Incorporated, et al. |
| 2:14-cv-10871 | Amy Jackson, Michael Todd Jackson  v. Cook Incorporated, et al. |
| 2:14-cv-11123 | Viola Colquitt, Willie F. Colquitt  v. Cook Incorporated, et al. |
| 2:14-cv-11137 | Christal Cantrell, Chris Cantrell  v. Cook Incorporated, et al. |
| 2:14-cv-11139 | Diana Brown  v. Cook Incorporated, et al. |
| 2:14-cv-11144 | Diane Garvey  v. Cook Incorporated, et al. |
| 2:14-cv-11154 | Sylvia Herod, Bobby Herod  v. Cook Incorporated, et al. |
| 2:14-cv-11157 | Priscilla Strickland  v. Cook Incorporated, et al. |
| 2:14-cv-11371 | Marjorie Ruth Motherwell, Dave E. Motherwell Sr.  v. Cook Incorporated, et al. |
| 2:14-cv-11746 | Virginia Kay Jackson  v. Cook Incorporated, et al. |
| 2:14-cv-11800 | Linda Brown, Johnny Brown  v. Cook Incorporated, et al. |
| 2:14-cv-11828 | Jeanne Kay Burnett, Terrell Burnett  v. Cook Incorporated, et al. |
| 2:14-cv-13035 | Loletta Scogin, Gerald Scogin  v. Cook Incorporated, et al. |
| 2:14-cv-13349 | Vickie Stone, Gary Stone  v. Cook Incorporated, et al. |
| 2:14-cv-13424 | Angela Hope Bunch, Alan Keith Bunch  v. Cook Incorporated, et al. |
| 2:14-cv-13430 | Pamela R. DeCanter, Ryan DeCanter  v. Cook Incorporated, et al. |
| 2:14-cv-13433 | Michele M. Findling, Robert Findling  v. Cook Incorporated, et al. |

**Exhibit A**

| Civil Act No. | Case Name |
|---|---|
| 2:14-cv-13440 | Debra Ingram, Charles Ingram  v. Cook Incorporated, et al. |
| 2:14-cv-13442 | Tracy McLean  v. Cook Incorporated, et al. |
| 2:14-cv-13447 | Ronda Joy Pearman  v. Cook Incorporated, et al. |
| 2:14-cv-13452 | Angela Ramirez, Antonio Ramirez  v. Cook Incorporated, et al. |
| 2:14-cv-13660 | Diann Quinley  v. Cook Incorporated, et al. |
| 2:14-cv-13946 | Tonya D. Hunt  v. Cook Incorporated, et al. |
| 2:14-cv-14785 | Yvonne Holloway  v. Cook Incorporated, et al. |
| 2:14-cv-14980 | Bennette Ramsey, Harold Ramsey  v. Cook Incorporated, et al. |
| 2:14-cv-15073 | Sandra Baker, Richard Baker  v. Cook Incorporated, et al. |
| 2:14-cv-15208 | Shirley Beasley, Edward Beasley  v. Cook Incorporated, et al. |
| 2:14-cv-15271 | Janice Salzbrunn, Bernard Salzbrunn  v. Cook Incorporated, et al. |
| 2:14-cv-15272 | Flora Collins, Greg Collins  v. Cook Incorporated, et al. |
| 2:14-cv-15540 | Nan Jackson  v. Cook Incorporated, et al. |
| 2:14-cv-15615 | Carmen Terry, Sheridan Terry  v. Cook Incorporated, et al. |
| 2:14-cv-16077 | Mary Proveaux  v. Cook Incorporated, et al. |
| 2:14-cv-16509 | Tracey Friedman  v. Cook Incorporated, et al. |
| 2:14-cv-16510 | Mary Jane Kirby  v. Cook Incorporated, et al. |
| 2:14-cv-16511 | Teresa Mae Schrader  v. Cook Incorporated, et al. |
| 2:14-cv-16923 | Maria Serrano  v. Cook Incorporated, et al. |
| 2:14-cv-17137 | Karen Harriman  v. Cook Incorporated, et al. |
| 2:14-cv-17187 | Diane Jackson  v. Cook Incorporated, et al. |
| 2:14-cv-17407 | Christina Ellen Lemasters, Donald Edward Lemasters  v. Cook Incorporated, et al. |
| 2:14-cv-18400 | Colleen A. Gaiera  v. Cook Incorporated, et al. |
| 2:14-cv-18428 | Linda Blankenship  v. Cook Incorporated, et al. |
| 2:14-cv-18572 | Naomi S. Clifford  v. Cook Incorporated, et al. |
| 2:14-cv-18822 | Kandice Ferguson  v. Cook Incorporated, et al. |
| 2:14-cv-18823 | Carol Wilbur, Raymond Wilbur  v. Cook Incorporated, et al. |
| 2:14-cv-18868 | Frances Gallawa  v. Cook Incorporated, et al. |
| 2:14-cv-19278 | Deborah Wischmann, Steve Wischmann  v. Cook Incorporated, et al. |
| 2:14-cv-19378 | Marla Delores Blanton, William Blanton  v. Cook Incorporated, et al. |
| 2:14-cv-19564 | Beverly Louise Cook  v. Cook Incorporated, et al. |
| 2:14-cv-19565 | Judith E. Daley  v. Cook Incorporated, et al. |
| 2:14-cv-19566 | Ellen Louise Smith  v. Cook Incorporated, et al. |
| 2:14-cv-19567 | Annabell L. Moore  v. Cook Incorporated, et al. |
| 2:14-cv-19678 | Kate Williams  v. Cook Incorporated, et al. |
| 2:14-cv-19805 | Patricia K. McCracken  v. Cook Incorporated, et al. |
| 2:14-cv-19891 | Betty Rosado  v. Cook Incorporated, et al. |
| 2:14-cv-20051 | Worneance McDonald  v. Cook Incorporated, et al. |
| 2:14-cv-20056 | Valeria Phillips  v. Cook Incorporated, et al. |
| 2:14-cv-20229 | Helen Piaskowski, Wayne Piaskowski  v. Cook Incorporated, et al. |
| 2:14-cv-20242 | Connie Coleman, James Coleman Jr.  v. Cook Incorporated, et al. |
| 2:14-cv-20342 | Shari L. Nolan, Gary Nolan  v. Cook Incorporated, et al. |

**Exhibit A**

| Civil Act No. | Case Name |
|---|---|
| 2:14-cv-20426 | Catherine Peterman, James Peterman  v. Cook Incorporated, et al. |
| 2:14-cv-20710 | Connie Parker  v. Cook Incorporated, et al. |
| 2:14-cv-20732 | Gloria A. Megginson-Vaughn, Alan Vaughn  v. Cook Incorporated, et al. |
| 2:14-cv-21259 | Angelia Akins  v. Cook Incorporated, et al. |
| 2:14-cv-21314 | Marilyn Parker, Wilbur Russell Parker  v. Cook Incorporated, et al. |
| 2:14-cv-21340 | Patricia Day  v. Cook Incorporated, et al. |
| 2:14-cv-21342 | Jeannie Hampton, Marcellus Hampton  v. Cook Incorporated, et al. |
| 2:14-cv-21901 | Sherri Botello, Armando Botello v. Cook Incorporated, et al. |
| 2:14-cv-21918 | Shirley Barrett v. Cook Incorporated, et al. |
| 2:14-cv-22092 | Jennie C. Fentress, Bobby Fentress v. Cook Incorporated, et al. |
| 2:14-cv-22239 | Joan Jordan v. Cook Incorporated, et al. |
| 2:14-cv-22241 | Naomi Jean Baker, Scott Baker v. Cook Incorporated, et al. |
| 2:14-cv-22242 | Dana Rylee v. Cook Incorporated, et al. |
| 2:14-cv-22479 | Carol Darden, Richard Darden v. Cook Incorporated, et al. |
| 2:14-cv-22480 | Faith A. Gone v. Cook Incorporated, et al. |
| 2:14-cv-22485 | Georgie L. Henson v. Cook Incorporated, et al. |
| 2:14-cv-22486 | Barbara Ruth Robillard, William Robillard v. Cook Incorporated, et al. |
| 2:14-cv-22487 | Tammie Lea Stephan v. Cook Incorporated, et al. |
| 2:14-cv-22490 | Priscilla Dawn Strickland, Mark Parks v. Cook Incorporated, et al. |
| 2:14-cv-22525 | Johanna Del Rio v. Cook Incorporated, et al. |
| 2:14-cv-22561 | Elizabeth Baker v. Cook Incorporated, et al. |
| 2:14-cv-22603 | Vergie Lee Brown, Edgar Brown v. Cook Incorporated, et al. |
| 2:14-cv-22606 | Cecilia Avila v. Cook Incorporated, et al. |
| 2:14-cv-22644 | Debra Schneider v. Cook Incorporated, et al. |
| 2:14-cv-22685 | Margret Dorman, Nicholas Dorman v. Cook Incorporated, et al. |
| 2:14-cv-22707 | Wanda Brayfield v. Cook Incorporated, et al. |
| 2:14-cv-22710 | Gloria Dobson, David Dobson v. Cook Incorporated, et al. |
| 2:14-cv-23510 | Patricia Noble v. Cook Incorporated, et al. |
| 2:14-cv-23511 | Majoria Pendergrass v. Cook Incorporated, et al. |
| 2:14-cv-23551 | Heidi Paul, Matthew Paul v. Cook Incorporated, et al. |
| 2:14-cv-24063 | Cassandra Ward v. Cook Incorporated, et al. |
| 2:14-cv-24088 | Mary S. Farris v. Cook Incorporated, et al. |
| 2:14-cv-24157 | Nathell Buford, Lawrence Buford v. Cook Incorporated, et al. |
| 2:14-cv-24589 | Jayne Gardner, David Gardner v. Cook Incorporated, et al. |
| 2:14-cv-24709 | Rosalind Philp v. Cook Incorporated, et al. |
| 2:14-cv-25036 | Virginia Garrison v. Cook Incorporated, et al. |
| 2:14-cv-25124 | Michelle Jackson v. Cook Incorporated, et al. |
| 2:14-cv-25129 | Georgia Presley v. Cook Incorporated, et al. |
| 2:14-cv-25192 | Constance E. Thornton, David G. Thornton v. Cook Incorporated, et al. |
| 2:14-cv-25647 | Deborah Hopper, Michael Hopper v. Cook Incorporated, et al. |
| 2:14-cv-25729 | Pamela S. Lopes v. Cook Incorporated, et al. |
| 2:14-cv-25982 | Cynthia Pepper v. Cook Incorporated, et al. |
| 2:14-cv-26359 | Mary Barner v. Cook Incorporated, et al. |

**Exhibit A**

| Civil Act No. | Case Name |
|---|---|
| 2:14-cv-26616 | Joan Messenger, Paul Messenger v. Cook Incorporated, et al. |
| 2:14-cv-26942 | Teresa Nelson v. Cook Incorporated, et al. |
| 2:14-cv-27435 | Raye Ann Sanders v. Cook Incorporated, et al. |
| 2:14-cv-29048 | Jackie Oliver v. Cook Incorporated, et al. |
| 2:14-cv-29356 | Cecilia J. Spruill v. Cook Incorporated, et al. |
| 2:14-cv-29383 | Blanca Moya, Lizandro Moya v. Cook Incorporated, et al. |
| 2:14-cv-29384 | Denise Cruz, Adam S. Cruz v. Cook Incorporated, et al. |
| 2:14-cv-29385 | Lylian Jimenez Martin, Edwin C. Martin v. Cook Incorporated, et al. |
| 2:14-cv-29387 | Nancy L. Finkbeiner, Thomas Finkbeiner v. Cook Incorporated, et al. |
| 2:14-cv-29411 | Beverly D. Winston v. Cook Incorporated, et al. |
| 2:14-cv-29644 | Dolores A. McBride v. Cook Incorporated, et al. |
| 2:14-cv-29984 | Alma Russell, William Russell v. Cook Incorporated, et al. |
| 2:14-cv-30153 | Carol Ann Nyland, Mark Nyland v. Cook Incorporated, et al. |
| 2:14-cv-30296 | Jonna Miller v. Cook Incorporated, et al. |
| 2:14-cv-30604 | Elaine Odegard v. Cook Incorporated, et al. |
| 2:14-cv-30700 | Mary Colling Officer, Randy Officer v. Cook Incorporated, et al. |
| 2:14-cv-31008 | Barbara Thomas, Michael Thomas v. Cook Incorporated, et al. |
| 2:14-cv-31298 | Shelia Goodell v. Cook Incorporated, et al. |
| 2:14-cv-31299 | Lani Goodrum, Louis Goodrum v. Cook Incorporated, et al. |
| 2:15-cv-00365 | Brenda Haggard, W. L. Haggard v. Cook Incorporated, et al. |
| 2:15-cv-00484 | Kathleen Madhoun v. Cook Incorporated, et al. |
| 2:15-cv-00487 | Joyce R. Griffin v. Cook Incorporated, et al. |
| 2:15-cv-00568 | Susan Struchen-Mishow v. Cook Incorporated, et al. |
| 2:15-cv-00679 | Brenda G. Laurella v. Cook Incorporated, et al. |
| 2:15-cv-00771 | Alicia Martinez, Octavio Martinez v. Cook Incorporated, et al. |
| 2:15-cv-01055 | Martha Obregon v. Cook Incorporated, et al. |
| 2:15-cv-01056 | Deborah A. Dias v. Cook Incorporated, et al. |
| 2:15-cv-01167 | Stella P. Alvarez v. Cook Incorporated, et al. |
| 2:15-cv-01854 | Connie Stoneman, Charles R. Stoneman v. Cook Incorporated, et al. |
| 2:15-cv-02137 | Robbyn A. Mast v. Cook Incorporated, et al. |
| 2:15-cv-02280 | Geneva Mitchell v. Cook Incorporated, et al. |
| 2:15-cv-02301 | Patricia Yuricha v. Cook Incorporated, et al. |
| 2:15-cv-02335 | Danyel Smith-Walker v. Cook Incorporated, et al. |
| 2:15-cv-02659 | Nanette Rode, James Rode v. Cook Incorporated, et al. |
| 2:15-cv-03667 | Carolyn Hardison v. Cook Incorporated, et al. |
| 2:15-cv-04055 | Nancy K. Thornton, William R. Thornton v. Cook Incorporated, et al. |
| 2:15-cv-04090 | Debbie Tuckness, Eddie Tuckness v. Cook Incorporated, et al. |
| 2:15-cv-05219 | Cynthia Hansen Nealeigh v. Cook Incorporated, et al. |
| 2:15-cv-05545 | Clara M. Cross v. Cook Incorporated, et al. |
| 2:15-cv-05582 | Sandra Rackley, Kevin Rackley v. Cook Incorporated, et al. |